```
              UNITED STATES DISTRICT COURT
                      FOR  THE
                 DISTRICT OF VERMONT
```

UNITED STATES OF AMERICA,          :
                                   :
                                   :
         v.                        : Case No. 2:12 CR 147-1
                                   :
RAMELL HOLDER                      :

                        ORDER

The Report and Recommendation of the United States Magistrate Judge was filed October 1, 2015.  Defendant's objection was filed October 19, 2015.

A district judge must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made.  Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b) (1); *Perez-Rubio v. Wyckoff*, 718 F. Supp. 217, 227 (S.D.N.Y. 1989).  The district judge may "accept, reject, or modify, in whole or in part, the magistrate's proposed findings and recommendations."  *Id.*

After careful review of the file, the Magistrate Judge's Report and Recommendation and the objections, this Court ADOPTS the Magistrate Judge's recommendations in full.

The motion under 28 U.S.C. §2255 to vacate, set aside or correct a sentence by a person in federal custody (Doc. 154) is DENIED.

Pursuant to Fed. R. App. P. 22(b), a certificate of appealability is DENIED because the petitioner has failed to make a substantial showing of denial of a federal right.

Moreover, the petitioner's grounds for relief do not present issues which are debatable among jurists of reasons, which could have been resolved differently, or which deserve further proceedings.  *Lucidore v, New York State Div. Of Parole,* 209 F.3d 107, 112 (2d Cir. 2000).

It is further certified that any appeal would not be taken in good faith, and permission to proceed *in forma pauperis* is therefore DENIED.  *See* 28 U.S.C. § 1915(a)(3).

THIS CASE IS CLOSED.

Dated at Burlington, in the District of Vermont, this 5th day of February, 2016.

/s/ William K. Sessions III
William K. Sessions III
U.S. District Court Judge