```
                    UNITED STATES DISTRICT COURT
                              FOR  THE
                        DISTRICT OF VERMONT
```

| | |
|---|---|
| United States of America | : |
| | : |
| v. | : Crim. No. 2:12-CR-147 |
| | : |
| Ramell Holder | : |

<u>ORDER</u>

The Report and Recommendation of the United States Magistrate Judge was filed February 25, 2019. Petitioner's objections were filed March 11, 2019 and March 13, 2019.

A district judge must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *Perez-Rubio v. Wyckoff*, 718 F.Supp. 217, 227 (S.D.N.Y. 1989). The district judge may "accept, reject, or modify, in whole or in part, the magistrate's proposed findings and recommendations." *Id.*

After careful review of the file, the Magistrate Judge's Report and Recommendation and the objections, this Court ADOPTS the Magistrate Judge's recommendations in full.

Holder's § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Doc. 183) is transferred to the Second Circuit Court of Appeals pursuant to 28 U.S.C. §2255(h).

Dated at Burlington, in the District of Vermont, this 19th day of March, 2019.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge